UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRITZ GERALD TOUSSAINT,<br><br>       Plaintiff,<br><br>-against-<br><br>CLERK OF THE CITY OF NEW YORK,<br><br>       Defendant. | 23-CV-10691 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the January 18, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 18, 2024
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge